JS-6

Brian Gardner
**SULLIVAN GARDNER PC**
475 Park Avenue South
New York, New York 10016
(212) 687-5900   FAX (212) 687-4060
Attorneys for Plaintiff
BAYTREE CAPITAL ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BAYTREE CAPITAL ASSOCIATES, LLC, derivatively on behalf of, BROADCASTER, INC.

Plaintiff,

- against -

NOLAN QUAN, MARTIN R. WADE III, BLAIR MILLS, RICHARD BERMAN, ANDREW GARRONI, JASON BRAZELL, ROBERT GOULD, SANGER ROBINSON, ALCHEMY COMMUNICATIONS, INC., FROSTHAM MARKETING, INC., PACIFICON INTERNATIONAL, INC., LONGVIEW MEDIA, INC., ACCESS MEDIA NETWORKS, INC., ALCHEMY F/X, INC., INNOVATIVE NETWORKS, INC., BINARY SOURCE, INC., BROADCASTER, LLC, TRANSGLOBAL MEDIA, LLC, SOFTWARE PEOPLE, LLC, and ACCESS MEDIA TECHNOLOGIES, LLC,

Defendants.

- and-

CASE NO. 2:08-cv-2822 CAS(AJWx)

**[PROPOSED] ORDER**

**Date Filed: November 25, 2009
Time:
Date:**

**Judge: Hon. Christina A. Snyder**

-1-

|   |   |
|---|---|
| BROADCASTER, INC. | ) ) ) ) ) ) |
| Nominal Defendant. | |

Having considered the motion by Plaintiff, Baytree Capital Associates, LLC, for an order pursuant to FRCP 23.1 approving the settlement of this action as set forth in the settlement agreement executed by all parties on October 30, 2009 and provided to the Court with the motion for approval, (the "Settlement Agreement"), and upon all Defendants having joined in that motion for approval, including the request of Broadcaster, Inc., by way of its Special Litigation Committee, that the settlement be approved, all parties asserting that the settlement is in the best interests of Broadcaster, Inc., and its shareholders, and upon all of the papers and proceedings previously had in this action, and after giving due consideration and finding good cause therefore;

IT IS HEREBY ORDERED that the motion for approval of the settlement is granted, settlement is approved upon the terms as set forth in the Settlement Agreement. The Court agrees to retain jurisdiction to enforce the terms of the Settlement Agreement.  The action is, accordingly, dismissed with prejudice as settled in accordance with the Settlement Agreement.

Dated: November 25, 2009      _/s/ Christina A. Snyder_____

**Hon. Christina A. Snyder**
JUDGE OF THE UNITED STATES DISTRICT COURT